IN RE: Janice Marsh

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

___SCHORR BERMAN_____
        Appellant

V.

CIVIL ACTION

NO. 4:16cv10885-RGS

___JANICE MARSH_____
        Appellee

## ORDER OF CLOSURE

___STEARNS, D.J.,_____,

In accordance with the Court's Electronic Order entered on on ___6/6/16_____

_____, it is hereby ORDERED that the above-entitled action be and hereby is administratively closed.

___6/6/16_____
    Date

By the Court,

/s/ Elaine Flaherty_____
Deputy Clerk